RUSSELL D. GREER
CHAPTER 13 TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

FILED
11 APR -8 AM 8: 52
CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re: ) Case No.: 07-91116-A-13
)
MAVIS J WILLIAMSON )
) CHAPTER 13 PROCEEDING
Debtor(s). )
)
)

### NOTICE OF UNCLAIMED DIVIDEND(S) BY CREDITOR(S)

Trustee has on hand an unpaid dividend in the sum of $2,019.68 that the following creditor is entitled to with respect to the allowed claim filed by said creditor. Said creditor has failed to claim said dividend. Trustee has paid said sum into the court as unclaimed funds. The name(s) and addresses of the person(s) or entity(ies) entitled to said funds and the amount(s) to which he/she/they/it is/are entitled to be paid are set forth below:

| TRUSTEE CLAIM # | CREDITOR | AMOUNT |
|---|---|---|
| 002 | NORTH VILLAS HOMEOWNERS ASSOCIATION<br>C/O ALLIED TRUSTEE SERVICES<br>3721 DOUGLAS BLVD #345<br>ROSEVILLE, CA 95661 | $2,019.68 |

Dated: 3/28/11

_____
RUSSELL D. GREER,
CHAPTER 13 STANDING TRUSTEE

-1-